PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_District_ DIVISION

United States Courts
Southern District of Texas
FILED

JAN 17 2023

Nathan Ochsner, Clerk of Court

Durst, Terry E #02397264
Plaintiff's Name and ID Number

MTC - East Texas Treatment Facility
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

Sengle - Board Pardon & Parole
Defendant's Name and Address

Reno - Answers of the State of Texas
Defendant's Name and Address

Pineda, G
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $352.00 plus an administrative fee of $50.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $352.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
   1. Approximate date of filing lawsuit: 2005 A.D - OCT. 10 - 909° - Civil Act.
   2. Parties to previous lawsuit:
      Plaintiff(s) Dar ST Terry
      Defendant(s) Director - T.D.C.J. - Collins -
   3. Court: (If federal, name the district; if state, name the county.) Southern District - Harris Co.
   4. Cause number: 909 - 808
   5. Name of judge to whom case was assigned: - 98 - 2010 - 7 honorable - Lo y.IN
   6. Disposition: (Was the case dismissed, appealed, still pending?) No
   7. Approximate date of disposition: None

2

II.  PLACE OF PRESENT CONFINEMENT: _____

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ✓YES ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Mr. Terry E. Durst
#02397264 — 8000 Industrial Dr. —
Henderson, TX 76753

B. Full name of each defendant, his official position, his place of employment, and his full mailing address:

Defendant #1: Singleton — P.O. Officer —

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Did take an oath before affirmation to the inquest of official — revocation — to contention — did reinstate to — facility

Defendant #2: Penada G. — Parole Officer

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Did relate the question to hearing — et seq. discovery —

Defendant #3: Officer Reno — Supervisor

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Did try to obtain the payroll check — parole — refund check — letter and doesn't rec'd from the Broads

Defendant #4: Director, T.D.C.J

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Plaintiff brinks the forthwith as to an Parole Board's Pardons and Parole inter-office error, or mishap of an civic procedure unto the Parolee's revocation hearing dated and determined on oath 05-02-22 in Harris County Correspondence Detention Centre - hearing #3291968 on consensus were there determined to revert to "Hrces Therapeutic Center as to the above address – On the furtherance unto the Parole altercation did to the Parolee is as to the ongoing that on the 23 of March 2022 did Parole officer Penda currier an letter containing

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Do Grant to past filing 2012 – Civil Act cause 909-808 – i.d. all declaratory amended to past filing etc that injunctive ect compensatory and now filed as to the complaint can amend –

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

NONE

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you. #02399264 T.O.C.J.
3445184

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Declaratory injunctive
2. Case number: 909-80 P Civil cause - latter filing et. seq.
3. Approximate date sanctions were imposed: See - 1999-20 Refiling

4

the document of 1) State payroll to the character of his Ycoveo function in the Board of Pardon and Parole to the effect of (1) check - thereupon on the same date did Parolee Durst back-pay of 10 (ten) years pay also - e.d. exhibits $77,000 check

2) There upon another of the Parolee Durst - rec'd his refund check - 11 yrs fees to his effects and there toforth was our included check for $4,800 dollars in the above forthwith alone as te another exhibits -

3. On furtherance to the carrier (ed) check was and documents (ed) letter unto the convection of Parolee person - commemorating his civic activity duty from Governor's Chamber and another ascertainment thro the Director of T.D.C.J. informing them that his office had gotten the out o2 - pay - release in fact.

i.e. theretoforth did the Rule and regulatory alledged by the Parole officer on an latter day as to the present now detention call on the hearing oath of the past in May to June - Correspondence Centre become none active and detention call personell become altering toward his person and principal for his party as an detainee awaiting an transit back to "Half Way House" or "Drug Program", thereafter and at present has he attempted to open an old civil action Cause 909-808- U.S. District Court Southern District as to enclosed —— 2008 - January - Oct - filing asterior and as to this date - did Complainant seek to Court's amending as an injunctive and declaratory - compensatory remedial factor to his current lost of industry owned work force as to to wasted time utilized unto an interagency or mishap of Parole & Pardon System mishap or NONE alertness to the exhibit acknowledge(ment) of an terminated Parole process (and work procedures) on documented evidentiary and past

-03-

civil and post-hoc processed civil filing supra – inter alia that some NONE comporting factor(s) of past filing has occurred again as to an NONE acquired process Not developed on the equated legality of an previous litigant's lengthen procedure of the filing in past Ex Parte Dar+ – State of Texas Collateral attack as dated with civil action cause 209-808 in the U.S. District Court – Southern District Court – Houston, Tx. 77004 As to the 2012 – Oct – 18 – that Plaintiff were awarded – multi-billion (dollars) – compensatory and punitive declaratory of the total mis-function of much of this working industrial effects to an continuity as to the present date(s) 7-12-2022 – 01-12-23 a.d. – C. Kingdom – e.g. unto the Insurer of the State of Texas – that on his prior filing Memorandum In Support to An Amended claim to the post civil – Ex Parte filing in latter 90's to 2012 – relief granted.

– 04 –

4. Have the sanctions been lifted or otherwise satisfied? ___YES ✓NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.) *one*

1. Court that issued warning (if federal, give the district and division): U.S. Southern District
2. Case number: 909-508 plate — Dir, Tex Dept C. Justice
3. Approximate date warning was issued: 2 or carfor

Executed on: 01/12/23
                    DATE

_____
(Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 012 day of January, 20 23.
        (Day)              (month)        (year)

_____
(Signature of Plaintiff)

**WARNING**: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

