United States District Court
Southern District of Texas
**ENTERED**
June 23, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TERRY E. DURST, (TDCJ–CID #2397264) Plaintiff, | § § § § § | CIVIL ACTION NO 4:23-cv-00180 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| SINGLETON, *et al*, Defendants. | § § | |

## ORDER OF DISMISSAL

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same date.

SO ORDERED.

Signed on ___June 23, 2023___, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge